UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALOME GONZALES,

        Petitioner,        Case No. 11-CV-15368-DT

v.

DAVID BERGH,

        Respondent.
_____/

**JUDGMENT**

In accordance with the December 31, 2012 "Opinion and Order Granting the Respondent's Motion for Summary Judgment, Dismissing the Petition for a Writ of Habeas Corpus and Denying a Certificate of Appealability,"

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent David Bergh and against Petitioner Salome Gonzales.

Dated at Detroit, Michigan, this 31st day of December 2012.

        DAVID J. WEAVER
        CLERK OF THE COURT

    BY: s/Lisa G. Wagner
        Lisa Wagner, Deputy Clerk
        and Case Manager to
        Judge Robert H. Cleland